# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### For The
### DISTRICT OF COLUMBIA

CLIENT: BRADLEY A. THOMAS, ESQ.
THE LAW OFFICES OF BRADLEY ASHTON THOMAS
1629 K. STREET, SUITE #: 101-32
WASHINGTON, DC, 20006

CIVIL ACTION #: 20-CV-01845-RCL

HITS BEFORE FAME, LLC
  and
AFTER HOURS, LLC
vs
DANIEL HERNANDEZ pka "Tekashi 6ix9ine" et al

CAUSE: SUMMONS IN A CIVIL ACTION, (1) THE NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE AND THE NOTICE OF THE RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGESTRATE JUDGE, (2) THE SUMMONS IN A CIVIL CASE, (3) THE COMPLAINT FOR DAMAGES,, (4) EXHIBITS A—G, AND (5) EXHIBITS H-N.

TO: STEPHEN FERGUSON
AS THE REGESTERED AGENT OF
MTA BOOKING INC.
604 STONE OAK DRIVE,
SANFORD, FL., 32771

\*\*Received on the 31st DAY of OCTOBER, 2020, AT: 9:05 AM\*\*
I, James J. Thompson, ID #: 18-0005, being duly sworn, depose and say,
That on the 31st DAY of OCTOBER, 2020, AT: 12:23 PM, DID SERVE THE ABOVE LISTED DOCUMENTS, BY THE: PERSONAL SERVICE METHOD", SERVING STEPHEN FERGUSON PERSONALLY, AT THE GIVEN ADDRESS OF: 604 STONE OAK DRIVE, SANFORD FLORIDA..
I certify I have no interest in the above action, and have proper authority in the jurisdiction in which this service was made in accordance with Florida Statutes 48.21, and 48.31.

Subscribed and sworn to before me on the 12th day
Of Nov, 2020 by the affiant who is personally Known to me.

_James J. Thompson_
Process Service # 18-0005
JAMES J. THOMPSON


Notary Public State of Florida
Marilyn Thompson
My Commission GG 950634
Expires 01/23/2024