UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITS BEFORE FAME, LLC., et al.**   :<br>  :<br>   Plaintiffs,   :<br>  :<br>  v.   :<br>  :<br>**DANIEL HERNANDEZ, et al.**   :<br>  :<br>   Defendants.   :<br>  : | Case Number 1:20-cv-01845-RCL |

## ORDER

THIS MATTER, having come before this Court on the Plaintiffs' Motion for Default Judgment Against Defendants MTA Booking, Inc., 1st Call Entertainment, LLC, William Cornish, Supers Wherehouse, Inc. and Christian Ehigiator, and upon consideration of the motion, the points and authorities, and the entire record herein, it is, on this ____ day of _____, 20____,

ORDERED, that the Plaintiffs' motion be, and the same is hereby GRANTED; and, it is

FURTHER ORDERED, that Default Judgments are hereby entered against Defendants MTA Booking, Inc., 1st Call Entertainment, LLC, William Cornish, Supers Wherehouse, Inc. and Christian Ehigiator; and, it is

FURTHER ORDERED, that the Clerk of this Court shall set this matter for an ex-parte proof hearing at which the Plaintiffs shall present evidence establishing the measure of their damages; and, it is

FURTHER ORDERED, that no less than fifteen (15) days prior to the date set for the ex-parte proof hearing, each of the Defendants MTA Booking, Inc., 1st Call Entertainment, LLC, William Cornish, Supers Wherehouse, Inc. and Christian Ehigiator shall provide copies

of all of their business records and tax returns for calendar years 2017, 2018, 2019 and 2020 to Counsel for the Plaintiff at the Law Offices of Bradley Ashton Thomas, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631, for purposes of forensic accounting examination.

                                                                 Hon. Royce C. Lamberth
                                                                 U.S. District Judge

cc:     Bradley A. Thomas, Esq.
           e-file

           Daniel Hernandez
           1650 Broadway, #505
           New York, NY 10019

           Kifano Jordan
           Allenwood FCI
           P.O. Box 2000
           White Deer, PA 17887

           MTA Booking, Inc.
           c/o Stephen Ferguson
           4300 W. Lake Mary Blvd., Suite 1010-324
           Lake Mary, FL 32746

           1st Call Entertainment, LLC
           c/o William Cornish
           414 Tiffany Lane
           Bristol, CT 06010

           William Cornish
           414 Tiffany Lane
           Bristol, CT 06010

           Supers Wherehouse, Inc.
           c/o Christian Ehigiator
           929 Schenectady Avenue
           Brooklyn, NY 11203

           Christian Ehigiator
           929 Schenectady Avenue
           Brooklyn, NY 11203