UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITS BEFORE FAME, LLC., et al.** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **DANIEL HERNANDEZ, et al.** : <br> : <br> Defendants. : <br> : | Case Number 1:20-cv-01845-RCL |

**ORDER**

THIS MATTER, having come before this Court on the Plaintiffs' Motion for Leave to Effect Alternate Service of Process on Defendant Daniel Hernandez by Publication, and upon consideration of the motion, the points and authorities, and the entire record herein, it is, on this ____ day of _____, 20____,

ORDERED, that the Plaintiffs' motion be, and the same is hereby GRANTED; and, it is

FURTHER ORDERED, that the Plaintiffs shall publish, by posting on no fewer than two of the Defendant Hernandez's social media accounts on Instagram, Youtube, Facebook and/or Twitter, the summons to Defendant Daniel Hernandez, together with a summary of the complaint which provides 1) a brief statement of the nature of the lawsuit, 2) the relief sought, and 3) the monetary sum for which judgment may be taken in the event of a default by the defendant; and, it is

FURTHER ORDERED, that the Plaintiffs shall cause the first dates of posting to occur no more than thirty days after the date of the docketing of this order; and it is

FURTHER ORDERED, that the Plaintiffs shall repeat said postings at least once a week for four consecutive weeks; and, it is

1

FURTHER ORDERED, that the deadline for the Plaintiffs to effect service on the Defendant Hernandez in the above captioned civil action is continued to sixty days after the date of the docketing of this order; and, it is

FURTHER ORDERED, that upon the completion of four consecutive weekly postings as specified in this order, the Plaintiffs shall submit an affidavit, pursuant to FRCP Rule 4(l), verifying service of process on Defendant Hernandez effective the last date of posting.

                                              Hon. Royce C. Lamberth
                                              U.S. District Judge

cc:     Bradley A. Thomas, Esq.
        e-file

| | |
|---|---|
| Daniel Hernandez<br>1650 Broadway, #505<br>New York, NY 10019 | Supers Wherehouse, Inc.<br>c/o Christian Ehigiator<br>929 Schenectady Avenue<br>Brooklyn, NY 11203 |
| Kifano Jordan<br>Allenwood FCI<br>P.O. Box 2000<br>White Deer, PA 17887 | Christian Ehigiator<br>929 Schenectady Avenue<br>Brooklyn, NY 11203 |
| MTA Booking, Inc.<br>c/o Stephen Ferguson<br>4300 W. Lake Mary Blvd., Suite 1010-324<br>Lake Mary, FL 32746 | |
| 1st Call Entertainment, LLC<br>c/o William Cornish<br>414 Tiffany Lane<br>Bristol, CT 06010 | |
| William Cornish<br>414 Tiffany Lane<br>Bristol, CT 06010 | |