## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITS BEFORE FAME, LLC., et al.** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case Number 1:20-cv-01845-RCL |
| : | |
| **DANIEL HERNANDEZ, et al.** : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

THIS MATTER, having come before this Court on the Plaintiffs' Motion for Default Judgment Against Defendant Kifano Jordan, and upon consideration of the motion, the points and authorities, and the entire record herein, it is, on this _____ day of _____, 20____,

ORDERED, that the Plaintiffs' motion be, and the same is hereby GRANTED; and, it is

FURTHER ORDERED, that Default Judgment is hereby entered against the Defendant Kifano Jordan; and, it is

FURTHER ORDERED, that the Clerk of this Court shall set this matter for an ex-parte proof hearing at which the Plaintiffs shall present evidence establishing the measure of their damages; and, it is

FURTHER ORDERED, that no less than fifteen (15) days prior to the date set for the ex-parte proof hearing, the Defendant Kifano Jordan shall provide copies of all of their business records and tax returns for calendar years 2017, 2018, 2019 and 2020 to Counsel for the Plaintiff at the Law Offices of Bradley Ashton Thomas, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631, for purposes of forensic accounting examination.

                                                     _____

                                                     Hon. Royce C. Lamberth
                                                     U.S. District Judge

cc:      Bradley A. Thomas, Esq.
          e-file

          Daniel Hernandez
          1650 Broadway, #505
          New York, NY 10019

          Kifano Jordan
          Allenwood FCI
          P.O. Box 2000
          White Deer, PA 17887

          MTA Booking, Inc.
          c/o Stephen Ferguson
          4300 W. Lake Mary Blvd., Suite 1010-324
          Lake Mary, FL 32746

          1st Call Entertainment, LLC
          c/o William Cornish
          414 Tiffany Lane
          Bristol, CT 06010

          William Cornish
          414 Tiffany Lane
          Bristol, CT 06010

          Supers Wherehouse, Inc.
          c/o Christian Ehigiator
          929 Schenectady Avenue
          Brooklyn, NY 11203

          Christian Ehigiator
          929 Schenectady Avenue
          Brooklyn, NY 11203