Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

HITS BEFORE FAME, LLC et al

                Plaintiff(s)

v.

HERNANDEZ et al

                Defendant(s)

Civil Action: 20-cv-01845-RCL

**RE:** DANIEL HERNANDEZ also known as TEKASHI 6IX9INE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 1/14/2022, and an affidavit on behalf of the plaintiff having been filed, it is this 29th day of June, 2022 declared that defendant(s) is/are in default.

                ANGELA D. CAESAR, Clerk

By:    /s/ Jiselle Manohar
           Deputy Clerk