UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HITS BEFORE FAME, LLC., et al.** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **DANIEL HERNANDEZ, et al.** : <br> : <br> Defendants. : <br> : | Case Number 1:20-cv-01845-RCL |

**ORDER**

THIS MATTER, having come before this Court on the Plaintiffs' Motion for Default Judgment Against Defendant Daniel Hernandez, and upon consideration of the motion, the points and authorities, and the entire record herein, it is, on this ____ day of _____, 20____,

ORDERED, that the Plaintiffs' motion be, and the same is hereby GRANTED; and, it is

FURTHER ORDERED, that Default Judgment is hereby entered against the Defendant Daniel Hernandez; and, it is

FURTHER ORDERED, that the Clerk of this Court shall set this matter for an ex-parte proof hearing at which the Plaintiffs shall present evidence establishing the measure of their damages; and, it is

FURTHER ORDERED, that no less than fifteen (15) days prior to the date set for the ex-parte proof hearing, the Defendant Daniel Hernandez shall provide copies of all of his business records and tax returns for calendar years 2017, 2018, 2019 and 2020 to Counsel for the Plaintiff at the Law Offices of Bradley Ashton Thomas, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631, for purposes of forensic accounting examination.

                                      Hon. Royce C. Lamberth
                                      U.S. District Judge

cc:    Bradley A. Thomas, Esq.
       e-file

       Daniel Hernandez
       1650 Broadway, #505
       New York, NY 10019

       Daniel Hernandez
       6449 Duckweed Road
       Lake Worth, FL 33449

       Kifano Jordan
       Allenwood FCI
       P.O. Box 2000
       White Deer, PA 17887

       MTA Booking, Inc.
       c/o Stephen Ferguson
       4300 W. Lake Mary Blvd., Suite 1010-324
       Lake Mary, FL 32746

       1st Call Entertainment, LLC
       c/o William Cornish
       414 Tiffany Lane
       Bristol, CT 06010

       William Cornish
       414 Tiffany Lane
       Bristol, CT 06010

       Supers Wherehouse, Inc.
       c/o Christian Ehigiator
       929 Schenectady Avenue
       Brooklyn, NY 11203

       Christian Ehigiator
       929 Schenectady Avenue
       Brooklyn, NY 11203