UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HITS BEFORE FAME, LLC**, et al.,

    *Plaintiffs,*

v.

**DANIEL HERNANDEZ**, et al.,

    *Defendants.*

Case No. 20-cv-1845-RCL

## ORDER

Plaintiffs move [32] for default judgment against defendant Kifano Jordan. Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires defendants to serve an answer within 21 days after being served with a summons and complaint. On October 21, 2020 Kifano Jordan was served by certified mail. He did not serve an answer.

On November 17, 2020, this Court received defendant Jordan's motion [15] to proceed *pro se* and for an enlargement of time to serve his answer. The Court granted [16] that motion on December 4, 2020 and extended Jordan's deadline to serve an answer until January 8, 2021. However, there is no indication on the docket that the court clerk mailed that order to Jordan, who is incarcerated. Accordingly, it is hereby **ORDERED** that the court clerk mail both this order and the Court's December 4, 2020 order [16] to defendant Jordan at Allenwood FCI. It is further ORDERED that Jordan's deadline to serve an answer is extended until August 5, 2022.

It is **SO ORDERED.**

Date: July 6, 2022

                                                            Hon. Royce C. Lamberth
                                                            United States District Judge