UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HITS BEFORE FAME,LLC,et al.,

   Plaintiffs,

vs.          Case No. 20-cv-1845-RCL

DANIEL HERNANDEZ, et al.,

   Defendants.

## BRIEF IN OPPOSITION TO PLAINTIFF'S COMPLAINT FOR DAMAGES/MOTION TO DISMISS

AND NOW, Here Comes, Defendant Kifano Jordan Pro-Se, who avers the relief this action be Dismiss With Prejudice.

1. Para. Objection is to mark I'm my own Manager.

2. Para Objection 49 This never happen and any dispute is unfounded as a matter of law.

3. Para Objection 51 this never happen and I was never involved.

4. Para. Objection 58 this never occured and no knowledge.

5. Para. Objection 62 this never had no knowledge or were abouts of Defendant Hernandez.

This is the events that was taken in Plaintiff's Complaint today that only mark the defendant Kifano Jordan only no other responses will be directed in my behalf.

### COUNT II

6. Para. 83 this is not true and I have no knowledge.

7. Para. 86 Objection I'm not aware of this event.

8. Para. 87 Objection I'm not aware of this event.



9. Para. 88 Objection I'm not aware of such thing or event of such this is false claim.

Now once again I'm only addressing my response only and the knowledge for Defendant Kifano Jordan.

## COUNT III

10. Para. 91 Objection this never occured and I have no knowledge of such event.

11. Para. 93 Objection this I have no knowledge of such agreement or event.

12. Para. 94 Objection I have no knowledge of such agreement or event.

These events that taken place I have no knowledge and I'm only respondent for Kifano Jordan.

## COUNT IV

13. Para. 95 Objection I have no knowledge of such events or agreement.

14. Para. 96 Objection I have no knowledge of such events or agreement.

15. Para. 98 Objection I have no knowledge of such money or agreement.

16. Para. 99 Objection I will speak in my behalf this complaint should be dismiss with prejudice. Kifano Jordan has nothing to do with and trial, is not needed in my behalf at all. Furthermore respondent Kifano Jordan only represent himself to this complaint that brought before for no reason at all.

Wherefore Mr. Kifano Jordan prays Honorable Judge Hon. Royce C. Lamberth GRANTED "Brief In Opposition To Plaintiff's Complaint For

Damages/Motion To Dismiss".

Date: Aug. 3, 2022                                      Respectfully Submitted,

                                                        Kifano Jordan#86333-054
                                                        FCI Allenwood Medium
                                                        P.O. Box. 2000
                                                        White Deer, PA. 17887

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been sent by First Class Mail:

                        Bradley A. Thomas
                        1629 K St. N.W. Suite 300
                        Washington DC 20006-1631

Date: Aug. 3, 2022                                      X _____
                                                        Kifano Jordan#86333-054

INMATE NAME/NUMBER: V. Fano Jordan 80333054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD Medium
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
4 AUG 2022 PM 1 L

United States District and
Bankruptcy Court For the
District of Columbia
Office of the Clerk
E. Barrett Prettyman Courthouse
Washington, D.C. 20001

Legal Mail

AUG 0 3 2022

20001-216999