UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HITS BEFORE FAME, LLC**, et al.,

    *Plaintiffs,*

**v.**

**DANIEL HERNANDEZ**, et al.,

    *Defendants*.

Case No. 20-cv-1845-RCL

## ORDER

Plaintiffs move [32] for default judgment against defendant Kifano Jordan. Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires defendants to serve an answer within 21 days after being served with a summons and complaint. On October 21, 2020, Jordan was served by certified mail. He did not serve an answer.

On November 17, 2020, this Court received Jordan's motion [15] to proceed *pro se* and for an enlargement of time to serve his answer. The Court granted [16] that motion on December 4, 2020 and extended Jordan's deadline to serve an answer until January 8, 2021. However, there was no indication on the docket that the court clerk mailed that order to Jordan, who is incarcerated. The Court therefore granted [38] a further extension of the answer deadline until August 5, 2022 and ordered the court clerk to mail both that order and the Court's December 4, 2020 order [16] to Jordan at Allenwood FCI.

Last month, Jordan mailed a document [39] to the Court entitled "Brief in Opposition to Plaintiff's Complaint for Damages/Motion to Dismiss." Although the docket states that the document was filed on August 8, 2022, it is postmarked August 3, 2022. The Court therefore construes Jordan's motion [39] to dismiss as a timely responsive pleading filed before the August

5, 2022 deadline. Accordingly, plaintiffs' motion [32] for default judgment against defendant Jordan is **DENIED**.

    It is **SO ORDERED**.


Date: September 9, 2022                  _/s/Royce Lamberth_____
                                                                                                Hon. Royce C. Lamberth
                                                                                                United States District Judge