UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

**RECEIVED**
**Mail Room**

SEP 30 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

17887-20000

FEDERAL CORRECTIONAL INSTITUTION
ALLENWOOD MEDIUM
KIFANO JORDAN
R86333-54
Inmate Mail/Parcels
P.O. BOX 2000
WHITE DEER, PA 17887

CAPITAL DISTRICT 208
12 SEP 2022 PM 4 L

US POSTAGE PITNEY BOWES
ZIP 20001 $ 000.57⁰
02 1W
0001399957 SEP 09 2022

NIXIE    171    EE 1    22809/23/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD